UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

North Star Mutual Insurance Company,

Plaintiff,

vs.

ORDER

Zurich Insurance Company, Westrope & Associates, Legend Insurance Services, and Schneck Farm Dairies, Inc.,

Defendants.

Civ. No. 01-837 (JRT/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 5th day of October, 2001.

* * *

By Order dated September 24, 2001, we directed the Plaintiff to Show Cause, writing, for an extension of time in which service can be effected upon those Defendants who have yet to be served, and to cure other deficiencies in the Plaintiff's filings with this Court. In a letter dated October 2, 2001, with attachments, the Plaintiff has shown cause for an extension of thirty days from the date of this Order. Failure to timely comply with the time constraints of this Order could result in a dismissal of the action, in whole or in part, for failure of prosecution.

NOW, THEREFORE, It is --

(6)

OCT 05 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDERED:

That the Plaintiff's informal Motion for an extension of thirty days, **to and including November 4, 2001**, in which to serve the Summons and Complaint upon the Defendant Westrope & Associates, and to otherwise cure the deficiencies in its filings with this Court, is GRANTED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE