# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

RECEIVED BY U.S. MAIL 2001 DEC 26 AM 10 01 U.S. DIST. COURT MINNEAPOLIS, MN

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: CV01-837 JRT/RLE Case Title: NorthStar Mutual v. Zurich Insurance

**Affidavit of Movant**

I, David C. McLaughlin, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Mark Reedstrom, an attorney admitted to practice in the ______ District of South Dakota, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Schneck Farm Dairies, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 127383 Date: 12/19/01

**Affidavit of Proposed Admittee**

I, Mark Reedstrom, am currently a member in good standing of the U.S. District Court for the ______ District of South Dakota, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Mark Reedstrom Signature: [signature] Date: 12/20/01

Attorney License Number: No. # 1681

Law Firm Name & Address: Ash, Reedstrom & Larson
203 E. 4th Ave.
Milbank, SD 57252

Telephone: (605) 432-4952

Motion Granted: [signature] For the Court: Richard D. Sletten, Clerk Date: JAN 02 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______