**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF MINNESOTA**

File No. 01-CV-837 JRT/RLE

| | | |
|---|---|---|
| North Star Mutual Insurance Company,<br><br>Apellelant<br><br>vs.<br><br>Zurich Insurance Company,<br>Westrope & Associates,<br>Legend Insurance Services, and<br>Schneck Farm Dairies, Inc.,<br><br>Appellees | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF APPEAL** |

Notice is hereby given that North Star Mutual Insurance Company, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Eighth from an order granting summary judgment to defendants and entered in this action on the 22nd day of April, 2003.

STONEBERG, GILES & S TROUP, P.A.

By Daniel J. Giles
Daniel ~~L.~~ Giles
Attorney for Appellant
300 O'Connell St.
Marshall, MN 56258
(507) 537-0591
Atty. Reg. No. 34800

(61)

FILED MAY 22 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

Richard D. Sletten, Clerk


## TRANSMITTAL OF APPEAL

**Date:** June 3, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Gloria Schneider, Deputy Clerk

**In Re:** District Court Case No.: 01-cv-837 RLE
Eighth Circuit Case No.:
Case Title: North Star Mut. Ins. vs Zurich Ins. Company et al

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

- ☒ Notice of Appeal
- ☒ Order/Judgement appealed from
- ☒ Docket Entries
- ☐ Other:
  - ☒ The statutory filing fee has been paid, receipt # 142413.
  - ☐ The statutory filing fee has been waived:
    - ☐ USA filed appeal
    - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

- ☐ Original File(s), consisting of file(s).
- ☐ Two certified copies, and one uncertified copy of updated docket sheet from .
- ☐ Designated Clerk's Record # .
- ☐ Other:
- ☐ Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ______________ Received by: ______________________________

Date Returned to USDC: ______________

# U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

## NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial: days

Financial Status:

Fee Paid? ☐ Yes, receipt # 142413 ☐ No, motion for IFP pending? ☐ Yes ☐ No
☐ Pro Se ☐ Prisoner

USA filed appeal? ☐ Yes ☒ No

Are there any other pending post-judgement motions? ☐ Yes ☐ No

Is there any keen local interest in this case? ☐ Yes ☐ No

Was a court reporter utilized? ☐ Yes ☐ No

If yes, please identify the court reporter:
Name:
Address:

Phone:

☐ Forms A & B were not enclosed; mailed to counsel.

☐ Forms A & B were given to counsel at the counter.

☒ Completed Form A enclosed in transmittal letter.

**SPECIAL COMMENTS:**

G. Schneider
Gloria Schneider, Deputy Clerk