# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-2467

| | | |
|---|---|---|
| North Star Mutual Insurance Company,<br><br>Appellant,<br><br>vs.<br><br>Zurich Insurance Company; Legend Insurance Services; Westrope & Associates,<br><br>Appellees. | * * * * * * * * * * * * | Appeal from the United States District Court for the District of Minnesota<br><br>01-837JET RLE |

**JUDGMENT**

The joint motion for dismissal of this appeal is granted in accordance with the stipulation. The appeal is hereby dismissed.

The Court's mandate shall issue forthwith.

(5359-010199)

August 7, 2003

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FILED AUG 11 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK